UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROWDY PAUU, an individual., <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF SAN DIEGO; WILLIAM GORE, in his individual capacity; DAVID LOVEJOY, in his individual capacity; JONATHON YOUNG, in his individual capacity; and DOES 1-25, <br><br> Defendants. | Case No.:  23-CV-961 TWR (SBC) <br><br> **ORDER GRANTING JOINT MOTION FOR AN EXTENSION OF TIME RELATING TO DEFENDANTS' MOTION TO DISMISS** <br><br> (ECF No. 10) |

Presently before the Court is the Joint Motion for an Extension of Time Relating to Defendants' Motion to Dismiss filed by all Parties. (ECF No. 10, "Mot.")  Due to scheduling conflicts for counsel, the Parties request that the Court continue the current briefing schedule and hearing date set regarding Defendants' Motion to Dismiss Plaintiff's Complaint, (*see* ECF No. 6). (*See* Mot. at 2.)  Good cause appearing, the Court **GRANTS** the Joint Motion.  Plaintiff's response to Defendants' Motion to Dismiss is due no later than August 31, 2023.  Defendants' optional reply is due no later than September 14, 2023.

/ / /

/ / /

1  The hearing on Defendant's Motion to Dismiss Plaintiff's Complaint is **CONTINUED**
2  from September 7, 2023, to October 19, 2023, at 1:30 p.m. in Courtroom 3A.
3       **IT IS SO ORDERED.**
4  Dated: August 11, 2023

                                           *[signature]*
                                    Honorable Todd W. Robinson
                                    United States District Judge