

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rowdy Pauu, Erik Talavera | **Civil Action No.** 23-cv-00961-TWR-SBC |
| **Plaintiff,** | |
| **V.** | |
| County of San Diego, City of National City California; William Gore; David Lovejoy; Jonathon Young; Bill Gore; Kelly Martinez, in their individual capacities; Does 1-25 | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants Defendants' Motion for Summary Judgment

**Date:**        3/17/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  S. Tweedle

S. Tweedle, Deputy